UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Western Division
Civil Action No. 5:17-cv-177-FL

| | |
|---|---|
| CRYSTAL J. OLIVER, | ) |
| Plaintiff, | ) |
| v. | ) |
| LUMBERTON AUTOMOTIVE SECOND, LLC D/B/A OK CARZ AND LUMBERTON AUTOMOTIVE, LLC D/B/A OK CARZ, | ) |
| Defendants. | ) |

**ORDER ON JOINT MOTION TO STAY**

THIS MATTER comes before the Court pursuant to the parties' Joint Motion to Stay Proceedings;

AND IT APPEARING TO THE COURT that the parties have consulted and agreed that this matter shall be arbitrated pursuant to the parties' Consent Arbitration Agreement, attached to the Joint Motion as *Exhibit A*. Therefore, pursuant to the agreements of the parties, it is hereby,

ORDERED that Plaintiff' claims set forth in the Complaint filed in this matter against Defendants will be submitted to binding arbitration; and it is further,

ORDERED that this action be, and hereby is, STAYED pending completion of said arbitration proceedings.

This the  26TH  day of May, 2017

By: _/s/ Louise W. Flanagan_
Hon. Louise Wood Flanagan