# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA

Civil Action No. 5:17-cv-177

| | |
|---|---|
| CRYSTAL OLIVER, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LUMBERTON AUTOMOTIVE ) <br> SECOND, LLC, d/b/a OK Carz ) <br> ) <br> and ) <br> ) <br> LUMBERTON AUTOMOTIVE, ) <br> LLC, d/b/a OK Carz, ) <br> ) <br> Defendants ) | ORDER <br> LIFTING STAY |

This matter is before the undersigned on Plaintiff's Motion to Lift Stay.

It appears that an Order staying this matter was entered on April 26, 2017, pending the parties' consent agreement to arbitrate. It further appears the parties have now settled all claims and the arbitration is completed. Plaintiff seeks an Order lifting the stay in order to dismiss all claims with prejudice. Counsel for Defendants consents.

Accordingly, it is hereby ORDERED that the stay in this matter is lifted.

This November __2nd__, 2017.

_____
Hon. Louise Flanagan
District Court Judge

-1-